| AO 10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, Pub. L. No. 95-521, November 30, 1983 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shanahan, Thomas M. | United States District Court for the District of Nebraska | 8/9/93 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Nominee, U.S. Dist. Judge, Dist. of Nebraska | X Nomination, Date 8/6/93 __ Initial __ Annual __ Final | 1/1/92-8/9/93 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| Room 2207, Nebraska Supreme Court State Capitol Bldg Lincoln, NE 68509-8910 | Reviewing Officer Signature _____ |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Spouse only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1992 | Wages: State of Nebraska(Judge, Nebraska Sup.Ct) | $75,696.00 |
| 1993 (to date) | Wages: State of Nebraska(Judge, Nebraska Sup.Ct) | $51,425.00 |
| 1992 (S) | Wages: substitute teacher; Lincoln Pub. Schools 5901 "O" Street Lincoln, NE 68510 | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shanahan, Thomas M. | 8/9/93 |

## /. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| See Part VIII re: | West Publishing Co. |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for the liability of a dependent child. See pp.12-13 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: K = $15,000 ...

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shanahan, Thomas M. | 8/9/93 |

## 11. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (3) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (J) for joint ownership by reporting individual and spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1. Proctor & Gamble (com.) (J) | A | Div. | J. | T | | NONE | | | | |
| 2. Nebraska Judges' Retirement System (See Part VIII) | NONE | | L | T | | NONE | | | | |
| 3. IRA Custodial Account (See Part VIII) | NONE | | L | T | | NONE | | | | |
| 4. Deferred Compensation Plan (See Part VIII) | NONE | | K | T | | NONE | | | | |
| 5. Bank Accounts (J) | C | Int. | L | T | | NONE | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |
| 18. | | | | | | | | | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shanahan, Thomas M. | 8/9/93 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part IV: West Publishing Co. of St. Paul, MN gave me complimentary copies of some of the Northwestern Reporter (Second Series) which I thereafter donated to the Nebraska State Library.

Part VII: The Nebraska Judges' Retirement System is administered by the Nebraska Public Employees Retirement Systems, P.O. Box 94816, Lincoln, NE 68509. My IRA custodial account is managed by Kirkpatrick, Pettis, Polian, Smith, Inc., 10250 Regency Circle, Omaha, NE 68114. My Deferred Compensation Plan (The Hartford) is administered by Geis Investments & Insurance, 2631 "O" Street, Lincoln, NE 68510. My bank accounts are located at FirstTier Bank, 13th & M Street, Lincoln, NE 68508.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Thomas M. Shanahan_                                      Date _August 9, 1993_

Thomas M. Shanahan

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

**FINANCIAL STATEMENT**

**NET WORTH**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trust, investments, and other financial holdings) all liabilities (including debts, mortgages, leases, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | | |
|---|---|---|---|---|
| Cash on hand and in banks | 68,568 | Notes payable to banks-secured | None | |
| U.S. Government securities--add schedule | None | Notes payable to banks-unsecured | None | |
| Listed securities--add schedule | 74,246 | Notes payable to relatives | None | |
| Unlisted securities--add schedule | None | Notes payable to others | None | |
| Accounts and notes receivable: | None | Accounts and bills due | None | |
| Due from relatives and friends | None | Unpaid income tax | None | |
| Due from others | None | Other unpaid tax and interest | None | |
| Doubtful | None | Real estate mortgages payable--schedule | None | |
| Real estate owned--add schedule  Residence* | 122,250 | Chattel mortgages and other liens payable | None | |
| Real estate mortgages receivable | None | Other debts--itemize: | | |
| Autos and other personal property | 12,500 | Auto Repairs | 185 | 00 |
| Cash value--life insurance | 56,866 | Misc. Hsehld. | 103 | 00 |
| Other assets--itemize: | | | | |
| Judges' Retirement Sys. | 58,216 | | | |
| Hartford (Def. Inc. | | | | |
| Plan) | 31,792 | Total liabilities | 288 | 00 |
| | | Net Worth | 424,150 | 00 |
| Total Assets | 424,438 | Total liabilities and net worth | 424,438 | 00 |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | Are any assets pledged?  (Add schedule)  NO | | |
| On leases or contracts | | Are you defendant in any suits or legal actions?  NO | | |
| Legal Claims | | Have you ever taken bankruptcy? No | | |
| Provision for Federal Income Tax | | | | |
| Other special debt | | | | |

*Address: 3531 South Hope Court
  Lincoln, NE

Thomas M. Shanahan

Dated: August 12, 1993

Digitized by Google